**SEALED**

**ORIGINAL**

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2015 JUN 16 PM 12:58

DEPUTY CLERK RAN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BECKY RAMSEY-LEDESMA, <br><br> Plaintiffs, <br><br> v. <br><br> CENSEO HEALTH, L.L.C., *et. al.*, <br><br> Defendants. | Civil Action No. 3:14-CV-0118-M <br><br> FILED IN SEALED CASE |

## THE UNITED STATES OF AMERICA'S DECLINATION NOTICE

1.  The United States of America (United States), pursuant to 31 U.S.C. § 3730(b)(4)(B), notifies the Court that it is declining to intervene in this case.

2.  Although the United States is declining to intervene, we respectfully refer the Court to the provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), which permit a relator to maintain the action in the name of the United States; provided, however, that the "action may be dismissed only if the Court and the Attorney General give written consent to the dismissal and their reasons for consenting." The United States requests that, should Relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval of such a request.

3.  The United States further requests that pursuant to 31 U.S.C. § 3730(c)(3), Relator and the defendants serve all pleadings filed in this action upon the United States, and that all Orders issued by the Court also be sent to the undersigned government's counsel.

4.  The United States reserves its right to order any deposition transcripts and to intervene in this action, for good cause shown, at a later date pursuant to 31 U.S.C. § 3730(c)(3).

The United States also reserves its right to seek the dismissal of Relator's action or claims and requests that it be served with all notices of appeal.

5. The United States requests that only the complaint, this notice, and the Court's accompanying Order be unsealed and served upon the parties. The United States requests that all other papers currently on file in this action remain under seal and not be made public or served on at any time because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

6. A proposed Order accompanies this notice.

                      Respectfully submitted,

                      BENJAMIN MIZER
                      PRINCIPAL DEPUTY ASSISTANT
                      ATTORNEY GENERAL

                      JOHN R. PARKER
                      ACTING UNITED STATES ATTORNEY

                      /s/ J. Scott Hogan
                      J. Scott Hogan
                      Assistant United States Attorney
                      Texas Bar No. 24032425
                      1100 Commerce Street, Third Floor
                      Dallas, Texas 75242
                      Telephone: 214-659-8600
                      Facsimile: 214-659-8807
                      Email: scott.hogan@usdoj.gov

                      MICHAEL D. GRANSTON
                      PATRICIA L. HANOWER
                      MICHAEL D. KASS
                      U.S. Department of Justice
                      Civil Division
                      Washington, DC 20004

Attorneys for the United States of America

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2015, a copy of the foregoing notice was mailed, first-class mail, to:

Robert Clary
Dana M. Campbell
Owens, Clary & Aiken, L.L.P.
700 North Pearl Street, Suite 1600
Dallas, Texas 75201

J. Scott Hogan
Assistant U.S. Attorney

United States of America's Declination Notice – Page 3