IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* BECKY RAMSEY-LEDESMA, Plaintiff/Relator, | § § § § |
| v. | §    Civil Action No. 3:14-CV-0118-M |
| CENSEO HEALTH, L.L.C., *et al.*, Defendants. | § § § § |

## ORDER

Pursuant to the order of reference filed March 3, 2017, before the Court for determination is *Relator's Motion to Compel Production of Documents and Brief in Support Thereof*, filed March 2, 2017 (doc. 122). On March 13, 2017, the parties filed their joint submission (doc. 128), as provided by the order dated March 7, 2017 (doc. 125).

An oral argument concerning the motion was conducted on the record on April 4, 2017. All parties appeared through counsel. After consideration of the relevant filings, evidence, oral argument, and applicable law, and for the reasons stated on the record during the hearing, the motion is **GRANTED IN PART** and **DENIED IN PART**. At this stage of the proceedings, the scope of discovery shall be limited to Medicare Advantage Organizations (MAOs) Humana and Tufts, and the temporal scope shall be limited from January 1, 2012 through December 31, 2014. The deadline for joinder or amendment of pleadings is extended until June 18, 2017. All relief not expressly awarded is denied.

**SO ORDERED** on this 4th day of April, 2017.

*[signature: Irma Carrillo Ramirez]*
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE